# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 19-00386 ACK-RT |
| CASE NAME: | N.K. Collins, LLC v. William Grant & Sons, Inc. Et al |
| ATTYS FOR PLA: | Mark S. Davis<br>Amelia L. Fenton<br>Michael K. Livingston |
| ATTYS FOR DEFT: | Ian R. Wesley-Smith<br>William M. Harstad |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR - C5 |
| DATE: | 12/5/2019 | TIME: | 9:32:50 AM - 10:16:53 |

COURT ACTION: EP: On 12/5/19 at 9:30 a.m., the Court convened hearings on 1) Defendants' Motion to Stay Further Discovery Pending Resolution of Dispositive Motions (ECF 25); and 2) LR37.1 Discovery Dispute on Letter Briefs (ECF 35 and 36).

Mark Davis, Mike Livingston and Amalia Fenton present for Plaintiffs.
William Harstad and Ian Wesley-Smith for Defendants.

1. <u>Defendants' Motion to Stay Further Discovery Pending Resolution of Dispositive Motions (ECF 25)</u>

    Arguments had. The motion is GRANTED. Court orders stay of all discovery pending resolution of the dispositive motions set for hearing before District Judge Alan C. Kay (EFC 19, 20 and 29). The stay shall automatically terminate upon entry of Judge Kay rulings. The Court adopts the arguments and authorities relied upon by Defendants. Mr. Smith to prepare and submit the order within 7 days.

2. <u>LR37.1 Discovery Dispute on Letter Briefs (ECF 35 and 36)</u>

    Given the Court's granting of Defendant's Motion to Stay Further Discovery Pending Resolution of Dispositive Motions, this matter is MOOT. The Court directs, however, that the parties engage in good faith discussions regarding the location and scope of the depositions at issue.

Telephone Status Conference set for: 12/16/2019 at 9:30 AM.

Submitted by: Agalelei Elkington, Courtroom Manager